MARY C. CORPORON #734
Attorney at Law
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472

*Attorney for Defendant*

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MOTION FOR ORDER AUTHORIZING DEFENDANT TO TRAVEL |
| Plaintiff, | : | |
| | : | Case No. 1:22-CR-054 |
| -vs- | : | |
| | : | Judge David Sam |
| ISRAEL LUIS GONZALEZ, | : | |
| Defendant. | : | |

---

DEFENDANT TO THE ABOVE-ENTITLED ACTION, Israel Luis Gonzalez, by and through his counsel of record, Mary C. Corporon, hereby moves the above-entitled court, to enter an order that Defendant, Israel Luis Gonzalez, be granted leave to travel outside the State of Utah and within the 48 contiguous United States. In support hereof, Defendant respectfully represents as follows:

1. Defendant is a resident of Utah, and resides in Roy, Utah.

2. Defendant is a member of Local 4, boilermakers, and apprenticeship union. He has been a member of boilermakers, pipe fitters and ship builder's unions since 1981. He relies on union assignments to work and to support himself and his family.

3. Defendant is required to go to Page, Arizona, for one day, August 29, for training and orientation in regard to his union. This is necessary to move his California union "book" to someplace closer to Utah than the Southern California union.

4. Defendant must go to this training and orientation, to work. He has to drive to Page on the 28th, and drive back on the 30th of August, and to attend this event all day on the 29th of August.

5. Defendant needs approval of the court to amend the conditions of his pretrial release, to go out of state from time to time for work.

DATED this 4th day of August, 2022.

/s/ Mary C. Corporon
MARY C. CORPORON,
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2022, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all those registered with CM/ECF to receive notices in the instant case.

/s/ Tina Marie Newbold