MARY C. CORPORON #734
Attorney at Law
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Facsimile: (801) 355-3472

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | RENEWED MOTION<br>TO DISMISS INDICTMENT |
| Plaintiff, | |
| -vs- | Case No.  1:22-CR-054 |
| ISRAEL LUIS GONZALEZ | Judge David Sam |
| Defendant. | |

DEFENDANT TO THE ABOVE-ENTITLED ACTION, Israel Luis Gonzalez, by and through his counsel of record, Mary C. Corporon, hereby moves and petitions the above-entitled Court for an Order dismissing the indictment against him because the Prosecution is barred by the personal liberties guarantees of the Second Amendment of the United States Constitution.

DATED this 7th day of October, 2022.

/s/ Mary C. Corporon
MARY C. CORPORON,
Attorney for Defendant

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2022, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF system, which sent notification of such filing to all those registered with CM/ECF to receive notices in the instant case.


*/s/ Michelle Beddoes Yeates*

2